

JAMES F. BANTER  
DIRECT LINE: (478) 749-9992

231 Riverside Drive  
Suite 100  
Macon, Georgia 31201  
O 478.742.4280  
F 478.742.8720

EMAIL: jbanter@jamesbatesllp.com

October 16, 2025

*Filed via CM/ECF System*
David Bunt, Clerk of Court
Middle District of Georgia
Athens Division
115 East Hancock Avenue
Athens, GA  30601

Re: **Defendants' Request for Extension of Time**
*Carey Leneil McComas v. The Unified Government of Athens-Clarke County, Georgia, et al.*
Middle District of Georgia, Athens Division
Civil Action No. 3:24-CV-00089-CDL

Dear Clerk Bunt:

I represent the defendants in the above referenced matter along with Gregory Sowell and Amanda Morris. On October 8, 2025, Plaintiff filed his Response to Defendants' Statement of Material Facts, which includes Plaintiff's Response to Request for Summary Judgment (Doc. 36). Under Local Rule 7.2, our reply brief is due October 22, 2025.

Pursuant to Local Rule 6.2, we respectfully request a 14-day extension of time to file our reply brief in support of Defendants' Motions for Summary Judgment.

This is Counsel's first request for an extension of time to file their reply brief. If the extension is granted, the new deadline will be Wednesday, November 5, 2025.

Respectfully submitted,

**JAMES BATES BRANNAN GROOVER, LLP**

/s/ *James F. Banter*
JAMES F. BANTER
Georgia Bar No. 581797
jbanter@jamesbatesllp.com
*Attorney for Defendants*

JFB/sjh